UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-117-RJC

| | |
|---|---|
| HAIBER V. MONTEHERMOSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ROBERT LEWIS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's motions to reconsider the Court's Order dismissing Plaintiff's § 1983 complaint on the ground that Plaintiff had accumulated three strikes under the provisions of 28 U.S.C. § 1915(g). See (Doc. No. 13: Order, filed June 18, 2013). For the reasons stated in the Court's Order of dismissal, the Court denies Plaintiff's motions to reconsider.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions to reconsider are **DENIED**. (Doc. Nos. 15 & 16).

Signed: September 3, 2013

Robert J. Conrad, Jr.
United States District Judge